*In re* HERNAND CRUZ MATEO.

*Número:* AB-2001-47          *Resuelto:* 7 de febrero de 2003

*Roberto J. Sánchez Ramos*, procurador general.

## RESOLUCIÓN

Visto el Informe Complementario del Procurador General de 1ro de noviembre de 2002, se ordena el archivo de la presente queja y se reinstala al Sr. Hernand Cruz Mateo al ejercicio de la abogacía.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*